# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LAMONT ZAMICHIELI, | : No. 3 MM 2024 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA (HUNTINGDON COUNTY COURT OF COMMON PLEAS), | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the "Motion for Leave to Supplement" are DENIED.